UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NORTH CAROLINA

Robert B. Baumgardner,

    Plaintiffs

vs.

3M Company, et al
    Defendants

c/a – 5-10-CV-00551

## ORDER OF DISMISSAL

THIS MATTER is before the Court on motion by Plaintiff to dismiss Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, with prejudice.

It appears that good cause exists to permit Plaintiff to so dismiss this action against Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation with prejudice.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims asserted by Plaintiff Robert B. Baumgardner against CBS Corporation are hereby DISMISSED WITH PREJUDICE.

This 26 day of October, 2012.

Judge,
United States District Court Judge