IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:10-cv-551-M

ROBERT B. BAUMGARDNER )
)
Plaintiff, )
)
v. )
)
3M Company, et al., )
)
Defendants. )

## ORDER

THIS MATTER is before the Court upon joint motion by Plaintiff, Robert B. Baumgardner, by and through counsel, and Defendant, A. W. Chesterton Company, to dismiss with prejudice all claims against A.W. Chesterton Company in this matter.

It appearing that grounds exist to permit Plaintiff to do so, and that the motion should be granted for good cause shown;

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the joint motion to dismiss is ALLOWED, and all claims of the Plaintiff against A.W. Chesterton Company are hereby dismissed with prejudice.

SO ORDERED this ___ day of _____, 2012.

J. FREDERICK MOTZ
United States District Judge

563175v1