IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Western Division)
Case No. 5:10cv00551-M

ROBERT B. BAUMGARDNER, )
 )
    Plaintiff, )
 )
v. )
 )
3M COMPANY, et al., )
 )
    Defendants. )

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, ROBERT B. BAUMGARDNER, and Defendant, Riley Power Inc. f/k/a Babcock Borsig Power Inc. f/k/a DB Riley, Inc, f/k/a Riley Stoker Corporation, to dismiss with prejudice, all claims against Riley Power Inc. f/k/a Babcock Borsig Power Inc. f/k/a DB Riley, Inc, f/k/a Riley Stoker Corporation, in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Riley Power Inc. f/k/a Babcock Borsig Power Inc. f/k/a DB Riley, Inc, f/k/a Riley Stoker Corporation, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, ROBERT B. BAUMGARDNER, against Defendant, Riley Power Inc. f/k/a Babcock Borsig Power Inc. f/k/a DB Riley, Inc, f/k/a Riley Stoker Corporation, be dismissed with prejudice.

This 10 day of _____, 2013.

_____
J. Frederick Motz
United Stated District Court Judge

1

10688085v.1