IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Civil Action Case No. 5:10-CV-00551

ROBERT B. BAUMGARDNER,

        Plaintiff,

vs.

3M COMPANY, et al,

        Defendants.

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Robert B. Baumgardner, and Defendant, Metropolitan Life Insurance Company ("Metropolitan Life"), by and through their counsel of record, to dismiss with prejudice all claims against Defendant Metropolitan Life Insurance Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Metropolitan Life Insurance Company, with prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Robert B. Baumgardner, against Metropolitan Life Insurance Company, be dismissed with Prejudice.

This, the _14_ day of March, 2013.

                                                United States District Court Judge