IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBERT B. BAUMGARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:10-cv-00551 |
| | ) | |
| 3M COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, ROBERT B. BAUMBARDNER, and Defendant, GENERAL ELECTRIC COMPANY, to dismiss with prejudice, all claims against GENERAL ELECTRIC COMPANY, in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against GENERAL ELECTRIC COMPANY, with prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, ROBERT B. BAUMBARDNER, against Defendant, GENERAL ELECTRIC COMPANY, be dismissed with prejudice.

This, the ___ day of May, 2013.

_____
United Stated District Court Judge